IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KAREN POULSEN,

        Plaintiff,

v.                                   Case No. _____

HUMANA INSURANCE COMPANY,

        Defendant.

**NOTICE OF REMOVAL**
**[28 U.S.C. § 1441; 28 U.S.C. § 1446; 28 U.S.C. § 1331; 28 U.S.C. § 1332]**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Humana Insurance Company, hereby removes this action from the District Court of Johnson County, Kansas ("State Court"). As grounds for such removal, Defendant states the following:

1. On or about July 18, 2014, Plaintiff Karen Poulsen filed her Petition in the State Court.

2. A summons was issued on July 18, 2014. Defendant was served on September 2, 2014. As required by 28 U.S.C. § 1446(a), copies of all "process, pleadings and order served upon each such defendant" are attached as Exhibits A, B, and C.[1]

3. Any civil action brought in a state court which the federal district courts of the United States would have original jurisdiction may be removed. 28 U.S.C. § 1441(1); 28 U.S.C. § 1331; 28 U.S.C § 1332.

---

[1] The Petition and Summons are attached as Exhibit A and B, respectively. Exhibit C is an affidavit from Plaintiff's counsel confirming that the Petition and Summons were served on Defendant on September 2, 2014. These are the only documents served upon Defendant to date.

4. Defendant is filing this Notice of Removal within thirty (30) days after service of the Petition. Thus under 28 U.S.C. § 1446(b), Defendant's time to remove has not expired, and this claim may be removed on federal question grounds under 28 U.S.C. § 1331.

5. Promptly after filing this Notice of Removal, Defendant will file a copy of the Notice of Removal with the Johnson County District Court, and will serve a copy on counsel of record for Plaintiff. See 28 U.S.C. § 1446(a) and (d). A copy of the Notice to the District Court is attached hereto as Exhibit D.

## FEDERAL QUESTION

6. Plaintiff alleges unlawful discrimination and retaliation in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12117 *et seq.* ("ADA"). Ex. A, pp. 2-3.

7. Accordingly, this Court has original federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's claims arise under the laws of the United States – *i.e.*, the ADA. Thus, the action may be removed to this Court pursuant to 28 U.S.C. §§ 1331 and 1441.

## DIVERSITY OF CITIZENSHIP

8. Plaintiff is an individual, residing in Johnson County, Kansas. Ex. A, p. 1.

9. As Plaintiff alleges, Defendant is an insurance company with its statutory office at 1100 Employers Blvd., De Pere, Wisconsin, 54115. Ex. A, p. 1.

10. Thus, complete diversity of citizenship exists between Plaintiff and Defendant, satisfying the requirements of 28 U.S.C. § 1332 (a)(1).

11. Plaintiff repeatedly prays in her Petition for judgment in an amount exceeding $75,000.00. Ex. A, pp. 3-4. Thus, the amount in controversy exceeds $75,000.00, satisfying the requirements of 28 U.S.C. § 1332(a).

12. Accordingly, this Court has original federal jurisdiction under 28 U.S.C. § 1332 (a)(1) on the basis of diversity. Thus, the action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.

13. For the reasons set forth above and pursuant to Local Rule 81.1(b), the United States District Court for the District of Kansas is the appropriate court for filing a Notice of Removal from the State Court, and accordingly, Defendant hereby removes this case from the State Court to this Court.

14. Defendant has complied with all applicable requirements of 28 U.S.C. §1446, and will file a true and correct copy of this Notice of Removal with the State Court.

15. Defendant designates Kansas City, Kansas as the place of trial.

**SEYFERTH BLUMENTHAL & HARRIS LLC**

*/s/ Camille L. Roe*
Michael L. Blumenthal, KS Bar No. 18582
Camille L. Roe, KS Bar No. 26104
4801 Main Street, Suite 310
Kansas City, Missouri 64112
Telephone:   (816) 756-0700
Facsimile:   (816) 756-3700
Email:   mike@sbhlaw.com
         camille@sbhlaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of this document was filed via the Court's CM/ECF electronic filing system, which electronically sent notice on this 22nd day of September, 2014, to:

      Albert F. Kuhl
      15700 College Blvd., Suite 200
      Lenexa, KS  66219
      913.438.2760
      913.327.8492
      kuhllaw@hotmail.com

      Attorney for Plaintiff

      */s/ Camille L. Roe*
      Attorney for Defendant