IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

KAREN POULSEN,

        Plaintiff,

v.

       CIVIL ACTION

       No. 14-2477-JAR

HUMANA INSURANCE COMPANY,

        Defendant,

## **JUDGMENT**

This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED BY THE COURT** that that pursuant to the Memorandum and Order filed and entered on March 10, 2016 (Doc. 62), that Defendant's Motion for Summary Judgment (Doc. 56) is **GRANTED;** Plaintiff's case is dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: March 10, 2016

                          s/ Bonnie Wiest
                          By Deputy Clerk
                          TIMOTHY M. O'BRIEN
                          Clerk of the District Court